HAGMANN, Appellant, vs. FRANKLIN STATE BANK and STATE BANKING COMMISSION, Respondents.

*December 6, 1933—January 9, 1934.*

For the appellant there was a brief by *Wheeler & Witte* of Milwaukee, and oral argument by *Lyman G. Wheeler.*

*George A. Affeldt* of Milwaukee, for the respondents.

ROSENBERRY, C. J. This case is here upon appeal upon substantially the same record as *Coyle .v.. Franklin State Bank et al.,* decided herewith (*ante,* p. 601, 252 N. W. 361), and is governed by the same considerations. The mandate in this case therefore will be the same as in that case for the reasons there stated.

*By the Court.*—Judgment affirmed.